# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **RONALD WALLER and** : | |
| **JOANN WALLER,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| vs. : | 5:06-CV-201 (DF) |
| : | |
| **ROBERT ABNEY FRICKS and** : | |
| **BRANT FROST,** : | |
| : | |
| **Defendants.** : | |

## O R D E R

Before this Court is Plaintiffs' Motion to Proceed Without Prepayment of Fees (doc. 2). In their request, Plaintiffs state that their dual income is approximately $2,346.00 per month, and their expenses total approximately $705.00,[1] excluding their federal student-loan payments, which have been temporarily deferred. (Pls.' Mot., doc. 2, at 4.) Based on the information provided, the Court concludes that Plaintiffs have sufficient disposable income to pay the full filing fee of $350.00, even if Plaintiffs' monthly expenses increase in the near future due to student-loan payments.

---

[1] Plaintiffs' monthly deposit of $200.00 into their savings account was not included in this figure because it is not an "expense."

1

Accordingly, Plaintiff's Motion to Proceed Without Prepayment of Fees (doc. 2) is hereby **DENIED**.

SO ORDERED, this 9th day of November, 2006.

/s/ **Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab