THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RONALD WALLER, and<br>JOANN WALLER, | : <br> : <br> : | |
| Plaintiffs, | : <br> : | Civil Action<br>No. 5:06-cv-201 (CAR) |
| v. | : <br> : | |
| ROBERT ABNEY FRICKS,<br>BRANT FROST, *et al.* | : <br> : <br> : | |
| Defendants. | : <br> : | |

## ORDER ON MOTION FOR RECONSIDERATION

Plaintiffs have filed a Motion for Reconsideration of the Court's Order granting Defendants' motion to dismiss and denying Plaintiffs' motion for summary judgment. To justify reconsideration of a court's order, a plaintiff must show either (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) clear error or manifest injustice. Sussman v. Salem, Saxon & Nielsen, P.A., 153 F.R.D. 689, 694 (M.D.Fla. 1994). Plaintiffs have not shown any grounds for reconsideration. In their motion for reconsideration they merely restate the same arguments they have made repeatedly in this case and in their previous lawsuits, including the accusation that this Court, and every other court that has ruled against them in the numerous lawsuits they have filed over the last seven years, ruled against them out of racial bias.

1

There is no showing of a change of law, of previously unavailable evidence, or of clear error. Accordingly, Plaintiffs' Motion for Reconsideration (Doc. 36) is **DENIED**.

**SO ORDERED**, this 5th day of August, 2008.

<pre>
                                S/ C. Ashley Royal
                                C. ASHLEY ROYAL
                                UNITED STATES DISTRICT COURT
</pre>

chw